June 29, 2012

Mr. Robert D. Stokes
Flahive Ogden & Latson PC
P.O. Box 201329
Austin, TX 78720
Mr. Byron C. Keeling
Keeling & Downes, P.C.
1500 McGowen, Suite 220
Houston, TX 77004

RE: Case Number: 10-0554
 Court of Appeals Number: 01-08-00233-CV
 Trial Court Number: 2006-18753

Style: AMERICAN ZURICH INSURANCE COMPANY
 v.
 DANIEL SAMUDIO

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Loren Jackson |
| |Mr. Nicholas Canaday |
| |III |
| |Mr. Marcos Benjamin |
| |Guerra |